455 A.2d 203

Commonwealth v. McGarry, Appellant.

Submitted March 15, 1982. Barbara H. Schickling, for appellant; F. Cortez Bell, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, JOHNSON and HOFFMAN, JJ.

The order of March 3, 1981 is affirmed.

SPAETH, J., filed a memorandum concurring statement.

HOFFMAN, J., concurred in the result.